UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HENRY JR. AND MELANIE HENRY,<br><br>            Plaintiffs,<br><br>   v.<br><br>EVAPCO INC., a Maryland Corporation and REGINA HENRY,<br><br>            Defendants;<br><br>EVAPCO, INC., a Maryland Corporation,<br><br>            Counter Plaintiff,<br><br>   v.<br><br>RAYMOND HENRY JR., MELANIE HENRY and REGINA HENRY,<br><br>            Counter Defendants. | Case No. 1:20-cv-00037-NONE-HBK<br><br>ORDER REFERRING CASE TO VOLUNTARY DISPUTE RESOLUTION PROGRAM |

As set forth in the Court's Case Management and Scheduling Order, the Court telephonically conducted a Mid-Discovery Status Conference on October 28, 2021. (Doc. No. 22). Counsel Matthew Owdom appeared for plaintiffs/counter defendants Raymond Henry Jr. and Melanie Henry and Counsel David Litman appeared for defendant/counter plaintiff Evapco

Inc.  During the telephone conference, both Counsel expressed their willingness to participate in alternative dispute resolution.[1]  It therefore appears this case will benefit from participation in the Court's voluntary dispute resolution program (VDRP) set forth in Local Rule 271.

Accordingly, it is **ORDERED**:

1. The parties are directed to promptly meet and confer to discuss settlement.

2. Within forty-five (45) days from the date on this Order, the parties shall initiate participation in the Court's VDRP by contacting the VDRP administrator, **Sujean Park**, at spark@caed.uscourts.gov, and a file a Notice on the docket confirming same.

3. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP completion report.

Dated:  October 28, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

cc: Sujean Park

---

[1] Counsel for defendant/counter defendant Regina Henry, Michael Milnes, failed to appear for the mid-discovery status conference despite the Court's orders.  (Doc. Nos. 22, 24).  However, Counsel did state his client "is open to alternative dispute resolution" in the Joint Status Report filed October 26, 2021.  (Doc. No. 25 at 3 ¶ 3).