UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMON HENRY JR., MELANIE HENRY,<br><br>        Plaintiffs,<br><br>   v.<br><br>EVAPCO, INC., a Maryland Corporation, and REGINA HENRY,<br><br>        Defendants.<br><br>EVAPCO, INC., a Maryland Corporation<br><br>        Counter-Plaintiff,<br><br>   v.<br><br>RAYMOND HENRY JR., MELANIE HENRY, and REGINA HENRY<br><br>        Counter-Defendants. | Case No. 1:20-cv-00037-JLT-HBK<br><br>ORDER DIRECTING DEFENDANT REGINA HENRY TO IDENTIFY REPLACEMENT COUNSEL.<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT STATUS REPORT<br><br>(Doc. No. 39) |

On November 29, 2022, Counsel for Evapco, Inc. filed a status report informing the Court that the parties learned that Mr. Michael Milnes, Counsel for Defendant Regina Henry, unfortunately recently passed away. (Doc. No. 39). Because Mr. Milnes was hospitalized prior to his passing, the November 9, 2022 mediation did not occur. (*Id.*). Defendant Regina Henry is

searching for new legal counsel and the parties plan to meet and confer to discuss continuing with the mediation.  (*Id*.).  The Court notes this case is currently scheduled for a March 6, 2023 trial date.

        Accordingly, it is **ORDERD**:

1. The Court will issue a limited stay of this action, until **January 6, 2023**, for Defendant Regina Henry to identify and secure new counsel.  New counsel shall enter an appearance no later than January 5, 2023.
2. The Parties shall file a Joint Status Report no later than **January 27, 2023**, informing the Court whether the parties have rescheduled mediation.
3. The Clerk of Court shall mail a copy of this Order to Defendant Regina Henry at her residential address provided in the service of process form.  (Doc. No. 8).

Dated:   December 1, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE