Ian B. Wieland, State Bar No. 285721
David G. Litman, State Bar No. 285768
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendants, EVAPCO, Inc. and EVAPCO Inc. ESOP Committee, as Plan Administrator for EVAPCO, Inc. Employee Stock Ownership Plan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HENRY JR.; MELANIE HENRY, <br><br> Plaintiffs, <br><br> v. <br><br> EVAPCO, Inc., a Maryland Corp.; REGINA HENRY; and DOES 1-50, inclusive <br><br> Defendants, <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ <br> EVAPCO, Inc., a Maryland Corp. and EVAPCO Inc. ESOP Committee, as Plan Administrator for EVAPCO, Inc. Employee Stock Ownership Plan, <br><br> Counter-Plaintiff/Cross-Plaintiffs, <br><br> v. <br><br> RAYMOND HENRY JR., MELANIE HENRY, and REGINA HENRY, <br><br> Counter-Defendants/Cross-Defendant. | CASE NO. 1:20-cv-00037-NONE-JDP <br><br> **JOINT STIPULATION TO CONTINUE TRIAL DATE AND RELATED DEADLINES; [PROPOSED] ORDER** <br><br><br> Complaint Filed: January 7, 2020 <br> Trial Date: March 7, 2023 |

1. **IT IS HEREBY STIPULATED AND AGREED** by and between all of the attorneys of record of the parties who have appeared in this action that the trial set for March 7, 2023, and all corresponding deadlines be continued to August 28, 2023, or a date thereafter based on the Court's availability.

This stipulation is made on the grounds that good cause for the continuance exists as shown

1

by the declaration of David G. Litman, counsel for Defendants EVAPCO, Inc. and EVAPCO Inc. ESOP Committee, as Plan Administrator for EVAPCO, Inc. Employee Stock Ownership Plan, filed herewith.

Specifically, the parties, by and through their counsel of record, hereby stipulate as follows:

1. The trial date is currently set for March 7, 2023.

2. There have been no prior trial continuances in this matter.

3. Mediation was previously scheduled for November 9, 2022, but was cancelled when Michael Milnes, former counsel for Regina Henry, was hospitalized.

4. On November 28, 2022, I was informed by the mediator, Judge Donald Black (Ret.), that Mr. Milnes unfortunately had passed away.

5. The passing of Mr. Milnes left Regina Henry without legal counsel in this matter.

6. Curtis Rodriguez, Esq., was just retained in late December of 2022 to represent Regina Henry.

7. On January 4, 2023, Mr. Rodriguez filed a Notice of Appearance and a Substitution of Attorney with this Court.

8. Mediation is now scheduled for February 23, 2023 with Judge Black.

9. The current trial date of March 7, 2023 is only two weeks after the February 23, 2023 mediation date. If the parties are unable to resolve this matter at the upcoming mediation, they require additional time to prepare for trial.

10. Additional discovery is necessary for the parties to prepare for trial.

11. Good cause exists for a continuance of the trial date from March 7, 2023 to August 28, 2023, or a date thereafter based on the Court's availability.

12. All deadlines deriving from the trial date shall be continued as if the new trial date were the first trial date set herein.

13. For these reasons, good cause exists for the requested trial continuance for it is in the interest of justice and all parties would benefit from, and request and agree on a continuance or postponement of the trial date to August 28, 2023, or such subsequent dates as the Court may set, to allow the parties to conduct additional discovery and potentially focus on settlement after that.

2

1      IT IS HEREBY STIPULATED THAT, and the parties respectfully request this Court, order
2  the following:
3      1.   Continue the trial date of March 7, 2023 to August 28, 2023, or a date thereafter
4  based on the Court's availability.
5      2.   Continue all deadlines deriving from the trial date as if the new trial date were the
6  first trial date set herein.
7      IT IS SO STIPULATED.

Dated: January 26, 2023                    SAGASER, WATKINS & WIELAND PC


By:    /s/ David G. Litman
 Ian B. Wieland
 David G. Litman
Attorneys for Defendants, EVAPCO, Inc.   and
EVAPCO Inc. ESOP Committee, as Plan
Administrator for EVAPCO, Inc. Employee
Stock Ownership Plan


Dated: January 26, 2023                    OWDOM LAW FIRM


By:    /s/ Matthew D. Owdom
  Matthew D. Owdom
  Attorney for Plaintiff


Dated: January 26, 2023                    CURTIS VICTOR RODRIGUEZ


By:    /s/ Curtis Victor Rodriguez
  Curtis Victor Rodriguez
  Attorney for Defendant Regina Henry

///

///

///

3

# [~~PROPOSED~~] ORDER

Based on the joint stipulation of the parties:

1. Good cause exists to continue the trial date in this matter from March 7, 2023, to August 29, 2023,[1] at 8:30 a.m. in Courtroom 4. Counsel are advised that if this case proceeds to a jury trial, the first day of trial, when the jury will be selected, will run from 8:30 a.m. until 4:30 p.m. Once the jury is selected, or if the case proceeds to a bench trial, the Court's typical trial day will run from 8 a.m. through 1:30 p.m., with no lunch break but with two extended rest breaks. Counsel SHALL schedule their witnesses to avoid waste of time.

3. The Pretrial Conference is continued to July 10, 2023, at 1:30 p.m. The parties shall appear at the hearing remotely via Zoom video conference. Counsel may obtain the Zoom ID and password from the Courtroom Deputy prior to the conference.

3. On or before April 14, 2023, the parties shall either file dispositional documents or a joint status report updating the Court on the outcome or progress of mediation. In addition, if the case appears likely to proceed to trial, the parties shall address in the joint status report whether there is a right to a jury trial in connection with the claims in this case and shall provide legal authorities to support their position(s). Alternatively, they may indicate agreement that a bench trial is appropriate.

4. All other deadlines deriving from the trial date shall be continued as if the new trial date were the first trial date set herein.

IT IS SO ORDERED.

Dated: __**January 27, 2023**__            _____
                                            UNITED STATES DISTRICT JUDGE

---

[1] Previously, the trial was scheduled to commence on a Monday. Due to a change in the Court's criminal calendar schedule, all trials before the undersigned now commence on Tuesdays and will run Tuesday through Friday unless otherwise ordered by the Court.

4